

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA:sw
F.#2011R02050                                   *271 Cadman Plaza East*
Disc 1                                          *Brooklyn, New York 11201*

February 10, 2012

**Via ECF**

All Defense Counsel

       Re:  United States v. Vincent Badalamenti, et. al.
           Criminal Docket No. 12-0050 (S-1)(CBA)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-captioned case.  Please also consider this letter to be the government's request for reciprocal discovery.

      All of the materials described below are available at DupeCoop.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

1.   Statements of the Defendants

   A.   Consensual Recordings

      Bates number 1 is a compact disc containing telephone calls made by a cooperating witness.  The following charts list the dates and times of the recordings in which one or more of the defendants were intercepted.

| Description | Defendant(s) |
|---|---|
| Telephone call dated 8/5/11 (20:50) | Graziano |
| Telephone call dated 8/24/11 (11:52) | Graziano |
| Telephone call dated 8/25/11 (13:22) | Graziano |
| Telephone call dated 9/1/11 (11:55) | Graziano |

| Description | Defendant(s) |
|---|---|
| Telephone call dated 9/1/11 (17:51) | Graziano |
| Telephone call dated 10/5/11 (11:07) | Graziano |
| Telephone call dated 10/5/11 (11:23) | Graziano |
| Telephone call dated 10/5/11 (11:41) | Graziano |
| Telephone call dated 10/5/11 (14:27) | Graziano |
| Telephone call dated 10/6/11 (11:36) | Graziano |
| Telephone call dated 10/6/11 (15:25) | Graziano |

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 8/8/11 | Graziano | 2 |
| Consensual recording dated 8/16/11 | Graziano | 3 |
| Consensual recording dated 8/23/11 | Graziano | 4 |
| Consensual recording dated 8/30/11 | Calabrese Graziano | 5 |
| Consensual recording dated 9/1/11 | Graziano | 6 |
| Consensual recording dated 9/7/11 | Badalamenti Santora | 7 |
| Consensual recording dated 9/7/11 | Graziano | 8 |
| Consensual recording dated 9/9/11 | Graziano Santora | 9 |
| Consensual recording dated 9/13/11 | Graziano Santora | 10 |
| Consensual recording dated 10/4/11 | Balsamo | 11 |
| Consensual recording dated 10/4/11 | Graziano | 12 |

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 10/12/11 | Graziano LaForte | 13 |
| Consensual recording dated 10/13/11 | Graziano | 14 |
| Consensual recording dated 11/4/11 | Calabrese | 15 |
| Consensual recording dated 11/9/11 | Graziano | 16 |
| Consensual recording dated 11/14/11 | Graziano | 17 |

2. Defendants' Criminal History

| Description | Bates Number |
|---|---|
| Criminal History for Vincent Badalamenti | 18-26 |
| Criminal History for Vito Balsamo | 27-36 |
| Criminal History for Anthony Calabrese | 37-45 |
| Criminal History for Anthony Graziano | 46-68 |
| Criminal History for James LaForte | 69-93 |
| Criminal History for Nicholas Santora | 94-148 |

3. Documents and Tangible Items

| Description | Bates Number |
|---|---|
| Affidavit and search warrant dated 12/15/09 | 149-183 |
| Video of 12/15/09 execution of a search warrant | 184 |
| CD containing information from various electronic devices recovered during the execution of the 12/15/09 search warrant | 185 |
| CD containing surveillance photographs | 186 |

| Description | Bates Number |
|---|---|
| dated 8/23/11 | |
| CD containing surveillance photographs dated 9/1/11 | 187 |
| CD containing surveillance photographs dated 10/18/11 | 188 |
| BOP records for James LaForte | 189-197 |
| Transcript of Anthony Graziano's guilty plea in U.S. v. Graziano, 02 CR 307(NGG), dated 12/23/02 | 198-236 |

4.   Reports of Examinations and Tests

   The government will provide you will copies of any reports of examinations or tests in this case, as they become available.

5.   Expert Witnesses

   The government will comply with Fed. R. Crim. P. 16(a)(1)(G) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with the expert's credentials and a summary of the expert's opinion.

6.   Other Material

   The government is aware of and will comply with its obligation to produce exculpatory material or information under Brady v. Maryland, 373 U.S. 83 (1963).

   The government will furnish the defense before trial with information or material regarding payments, promises of immunity, leniency, or preferential treatment, if any, made to prospective witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959).  The government will furnish before trial information or material regarding any prior convictions of any co-conspirator, accomplice or informant who may testify at trial for the government.

   The government will also furnish before trial materials discoverable pursuant to Title 18, United States Code, Section 3500.

7.   Other Crimes, Wrongs or Acts

The government will provide the defendants with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

The Defendants' Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendants allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendants' possession, custody or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendants' possession, custody, or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendants intend to call at trial.

The government also requests that the defendants disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  In order to avoid any unnecessary delay, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendants disclose a written summary of testimony the defendants intend to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

5

If you have further questions or requests, please contact us.

```
                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York


                         By:         /s
                              Nicole M. Argentieri
                              Stephen E. Frank
                              Kristin Mace
                              Assistant U.S. Attorneys
                              (718) 254-6232/6143/6879
```

cc:   Clerk of the Court (CBA)