

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:SEF:KM:sw
F.#2011R02050
Disc. 2

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 22, 2012

**Via ECF**

All Defense Counsel

       Re:   United States v. Vincent Badalamenti, et. al.
            Criminal Docket No. 12-0050 (S-1)(CBA)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

    The items described below are located at First Choice Copy.  You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60117**.

1.  **STATEMENTS OF THE DEFENDANTS**

    A.  **Prison Calls**

| Description | Bates Range |
|---|---|
| Anthony Graziano's BOP calls dated 6/1/07-11/20/07 | 237 |
| Anthony Graziano's BOP calls dated 2/13/10-7/29/10 | 238 |
| Anthony Graziano's BOP calls dated 10/1/10-2/22/11 | 239 |
| Anthony Graziano's BOP calls dated 2/10/11-6/26/11 | 240 |
| Anthony Graziano's BOP calls dated 6/1/11-12/30/11 | 241 |
| Anthony Graziano's BOP calls dated 11/27/11-12/11/11 | 242 |

**B.   Consensual Recordings**

As set forth below, a cooperating witness ("CW-2"), who was an associate of the Colombo family, consensually recorded meetings with one or more of the defendants and their associates.[1]

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 7/22/09 | Badalamenti | 243 |
| Consensual recording dated 7/1/10 | Badalamenti | 244 |
| Consensual recording dated 7/20/10 | Badalamenti | 245 |
| Consensual recording dated 10/16/10 | Badalamenti | 246 |
| Consensual recording dated 11/29/10 | | 247 |

As set forth below, a cooperating witness ("CW-3"), who was an associate of the Colombo family, consensually recorded meetings with one or more of the defendants and their associates.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 2/15/10 | Badalamenti | 248 |
| Consensual recording dated 7/22/10 | Badalamenti | 249 |
| Consensual recording dated 9/29/10 | Badalamenti | 250 |
| Consensual recording dated 11/22/10 | Badalamenti | 251 |
| Consensual recording dated 12/8/10 | Badalamenti | 252 |

---

[1] The cooperating witness whose recordings were disclosed on February 10, 2012 will be designated "CW-1."

2

As set forth below, a cooperating witness ("CW-4"), who was an inducted member of the Colombo family, consensually recorded meetings with one or more of the defendants and their associates.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 4/26/11 | Badalamenti | 253 |
| Consensual recording dated 4/28/11 | Badalamenti | 254 |
| Consensual recording dated 9/9/11 | Badalamenti | 255 |
| Consensual recording dated 11/30/11 | Badalamenti | 256 |

The CD listed below contains enhanced excerpts of the September 7, 2011 recording made by CW-1, which was previously provided on February 10, 2012 (Bates number 7). The enhanced time stamps from the original recording are 23:00-27:00 and 33:00-38:00.[2]

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Enhanced excerpts of consensual recording dated 9/7/11 | Badalamenti Santora | 257 |

As set forth below, a cooperating witness ("CW-5"), who was an inducted member of the Bonanno family, consensually recorded meetings with one or more of the defendants and their associates.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 9/29/05 | Anthony Calabrese | 258 |

---

[2] The government is providing these excerpts on the understanding that defense counsel will comply with the terms of the government's protective order, which was issued by the Court on February 13, 2012.

3

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 10/18/05 | Anthony Calabrese | 259 |
| Consensual recording dated 12/1/05 | Anthony Calabrese | 260 |

As set forth below, a cooperating witness ("CW-6"), who was an inducted member of the Bonanno family, consensually recorded meetings with one or more of the defendants and their associates.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recording dated 10/6/03 | Badalamenti | 261 |

2.  **DOCUMENTS AND TANGIBLE EVIDENCE**

| Description | Bates Range |
|---|---|
| Anthony Graziano's BOP records | 262-413 |
| Hector Pagan's BOP records | 414-416 |
| Copies of items seized from Anthony Graziano at the time of his arrest | 417-426 |
| Results of search of phones seized on 10/24/11 from Matthew Rinaldo | 427-431 |
| Transcript of Nicholas Santora's guilty plea in U.S. v. Santora, 06 CR 800(SLT), dated 1/30/08 | 432-465 |
| Transcript of Vincent Badalamenti's guilty plea in U.S. v. Badalamenti, 02 CR 1399 (S-1)(NGG), dated 9/12/03 | 466-485 |
| Superseding Indictment - U.S. v. Mancione, et al., 02 CR 1399 (S-1)(NGG) | 486-547 |
| Vincent Badalamenti's Judgment and Conviction in U.S. v. Badalamenti, 02 CR 1399 (S-1)(NGG) | 548-553 |
| Pen register data for (347) 415-5134, dated 3/26/09 - 12/16/09 | 554 |

4

| Description | Bates Range |
|---|---|
| Pen register data for (718) 887-5725, dated 8/24/10 - 1/1/11 | 555 |

If you have further questions or requests, please contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

By:        /s
            Nicole M. Argentieri
            Stephen E. Frank
            Kristin Mace
            Assistant U.S. Attorneys
            (718) 254-6232/6143/6879

cc:   Clerk of the Court (CBA)