

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

NMA:SEF:KM:sw　　　　　　　　　　　　*271 Cadman Plaza East*
F.#2011R02050　　　　　　　　　　　　 *Brooklyn, New York 11201*
Disc. 3

February 24, 2012

**By ECF**

Defense Counsel

　　　　Re:　United States v. Vincent Badalamenti, et. al.
　　　　　　 Criminal Docket No. 12-0050 (S-1)(CBA)

Dear Counsel:

　　　　Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

　　　　The items described below are located at First Choice Copy. You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60119**.

1.　**STATEMENTS OF THE DEFENDANTS**

　　　　At the time of their arrest, the defendants provided the following pedigree information to the arresting agents:

| Description | Bates Range |
|---|---|
| Vincent Badalamenti | 556-558 |
| Vito Balsamo | 559-561 |
| Anthony Calabrese | 562-563 |
| Anthony Graziano | 564-566 |
| James LaForte | 567-569 |
| Nicholas Santora | 570-576 |

　　　　On the date of the arrest, one black cell phone labeled "516-252-8800" and one pager were seized in plain view from Santora's residence and one i-phone was seized in plain view from Balsamo's residence. You may call to arrange a mutually convenient time to inspect these materials in person.

2.      **DOCUMENTS AND TANGIBLE ITEMS**

Also available are:

| Description | Bates Range |
|---|---|
| BOP records for defendant LaForte | 577-759 |

If you have further questions or requests, please contact us.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
> Eastern District of New York
>
> By:     /s
> Nicole M. Argentieri
> Stephen E. Frank
> Kristin Mace
> Assistant U.S. Attorneys
> (718) 254-6232/6143/6879

cc:  Clerk of the Court (CBA) (by ECF)