NMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

VINCENT BADALAMENTI, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - X

<u>PROPOSED ORDER</u>
Cr. No. 12-050 (S-1) (CBA)

        Upon the February 22, 2012, application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicole M. Argentieri,

        IT IS HEREBY ORDERED that the compact discs containing consensual recordings that were disclosed to the defendants in the above-captioned case in a letter dated February 22, 2012 may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff;

IT IS FURTHER ORDERED that these recordings and any copies made of these recordings be returned to the government at the conclusion of this case.

Dated:   Brooklyn, New York
         February 24, 2012

                                          s/CBA
                                _____
                                THE HONORABLE CAROL B. AMON
                                CHIEF UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK