

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:SEF:KM:sw
F.#2011R02050
Disc. 4

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2012

**By ECF**

Defense Counsel

    Re:  United States v. Vincent Badalamenti, et. al.
           Criminal Docket No. 12-0050 (S-1)(CBA)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

    The items described below are located at First Choice Copy. You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60120**.

**DOCUMENTS AND TANGIBLE ITEMS**

    During the December 15, 2009 court-authorized search of the social club and persons located inside the social club located at 2009 72nd Street, Brooklyn, New York, the follow items were seized:

- From the social club, four silver cases containing gambling chips;
- From Robert Bilello, one Nextel cellular telephone;
- From Andrew Carino, one Nextel cellular telephone;
- From Vincent Caroleo, one Nextel cellular telephone;
- From Vincent Carrozza, one Nextel cellular telephone;
- From Andrew Castagna, one Motorola cellular telephone;
- From Gary Clemente, one Nextel cellular telephone;
- From John Darpa, one Motorola cellular telephone;
- From Leonard Dello, one Motorola cellular telephone;
- From Chris Dicenca, one Nextel cellular telephone;
- From Ronald Goldstein, one AT&T cellular telephone;
- From John Lombardo, one Blackberry cellular telephone;
- From Joe Miller, one Samsung cellular telephone;
- From James Malpeso, one Samsung/Sprint cellular telephone and one i-phone;
- From Andrew Muzio, one Motorola cellular telephone;

- From Nick Rizzo, one Motorola cellular telephone;
- From Joe Santapaola, one Motorola cellular telephone;
- From Kevin Taylor, one Motorola/Boost cellular telephone;
- From Michael Weinstein, one AT&T cellular telephone;
- From Dominick Zinna, one Nokia cellular telephone and Motorola cellular telephone;
- From inside the social club, one Nextel cellular telephone, and one Blackberry/Verizon cellular telephone;
- From Ernest Colelli, Nicholas Frustaci, James Malpeso, Andrew Muzio, Michael Weinstein, Dominick Zinna and the inside of the social club, miscellaneous papers, a pink notebook and a blue folder were seized; and
- From Gaetano Pisano, a folding pocket knife was seized.

Photographs of certain of these materials are available on a compact disc bates-labeled 760. The contents of the search of these telephones were previously provided to you on February 10, 2012. You may call to arrange a mutually convenient time to inspect these materials in person.

During the court-authorized search, the defendants provided the following pedigree information to the arresting agents:

| Description | Bates Range |
| --- | --- |
| Badalamenti | 761-762 |
| Calabrese | 763-764 |

If you have further questions or requests, please contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:     /s/
Nicole M. Argentieri
Stephen E. Frank
Kristin Mace
Assistant U.S. Attorneys
(718) 254-6232/6143/6879

cc: Clerk of the Court (CBA) (by ECF)