*Law Office of*
# Richard A. Rehbock

| | |
|---|---|
| *One Maple Run Drive* | *Admitted: New York, Florida* |
| *Jericho, New York 11753* | *and Federal Bars* |
| *516 827-9583* | *E-Mail: rrehbock@msn.com* |
| *Facsimile 516-827-9589* | |

Via ECF and Telefacsimile to Chambers

March 9, 2012

Hon. Carol Bagely Amon
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    United States v Graziano, et al.
             EDNY Ind No. 12 Cr 0050 (CBA)

Dear Chief Judge Amon:

Please be advised that the office of the undersigned is an attorney of record for Defendant Nicholas Santora in the above referenced indictment. As per your instructions at the status conference held on March 2, 2012, I am writing this letter to inform the Court that we do not contemplate filing any pre-trial motions as a result of the review of the discovery materials disseminated by the government to date. At the March 2 conference, Charles Hochbaum, Esq. on behalf of Mr Santora, indicated that he knew of no motions to be filed. I have spoken with him, endorse his assessment and make the same representation herein.

As new discovery is received, if any issue needs to be addressed to the Court, we will expeditiously contact Your Honor.

Thank you.

                    Very truly yours,
                        LAW OFFICE OF
                  RICHARD A. REHBOCK, ESQ.

                  /S
                  By: Richard A. Rehbock

RAR:id
cc:    Nicholas Santora
       Other Counsel (Via ECF)
       US Attorney, Eastern District of New York (Via ECF)