AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-CR-50 |
| ANTHONY GRAZIANO | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/09/2012

_Defendant's signature_

_Signature of defendant's attorney_

Patrick Parrotta
_Printed name of defendant's attorney_

s/LB
_Judge's signature_

LOIS BLOOM, U.S.M.J.
_Judge's printed name and title_