UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    - against -                                              12 - CR – 0050 (CBA)

ANTHONY GRAZIANO

-------------------------------------------------------x

LOIS BLOOM, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE LOIS BLOOM

      United States Magistrate Judge Lois Bloom has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Lois Bloom. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Lois Bloom

By: _____  
Assistant United States Attorney

Dated: April 9, 2012  
Brooklyn, New York

_____  
Defendant

_____  
Attorney for the Defendant

Before: s/LB  
Lois Bloom  
United States Magistrate Judge