INCIDENT REPORT (CCC'S)

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISON

**Part I – Incident**

| 1. Name of Institution: CFS – Brooklyn House 2416 Atlantic Avenue, Brooklyn, New York 11233 | | | |
|---|---|---|---|
| 2. Name of Offender Graziano, Anthony | 3. Register Number 48743-080 | 4. Date of Incident 11/21/2011 | 5. Time 6pm |
| 6. Place of Incident Brooklyn House / 40 Arbutus Way, S.I., NY | 7. Component Pre-release | 8. Type of Offender Institutional Transfer | |
| 9. Incident Escape (Technical) | | 10. Code 102 | |

11.   Description of Incident (Date: __11/21/2011__   Time: __8:53pm__   Staff became aware of incident)

On Monday, November 21, 2011, at approximately 8:53pm, Brooklyn House staff made a random contact call to home detention resident Graziano, Anthony reg. # 48743-080 at his residence located at 40 Arbutus Way, Staten Island NY 10312 telephone number 718-667-0877.  Brooklyn House staff spoke with resident Graziano's wife, who advised staff that around 6:00pm, Drug Enforcement Agents and New York State Troopers arrested resident Graziano, Anthony reg. # 48743-080 at his residence.

At approximately 9:00pm, I, Facility Director Ms. Causey contacted the DEA Headquarters at 212-337-3900 and spoke with the Duty Officer, Ken, who confirmed that resident Graziano, Anthony reg. # 48743-080 is at the DEA Headquarters at 99 10th Avenue, New York, NY.  Duty Officer Ken would not disclose any information to me at that time.

As a result, resident Graziano, Anthony reg. # 48743-080 was placed on escape status at 6:00pm.

| 12. Signature of Reporting Employee | Date & Time 11/22/2011 / 10:00am | 13. Name & Title (Printed) Robyn Causey / Facility Director |
|---|---|---|
| 14. Incident Report Delivered to Above Offender By | 15. Date Incident Report Delivered 11/23/2011 | 16. Time Incident Report Delivered 3:25pm |

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 hours of Part I Preparation

Replaces BP-S205.073 or MAR 94



**FINDINGS OF THE COMMITTEE**

**a. The act was committed as charged.**
b. The following act was committed:
c. No prohibited act was committed: Expunge according to your Statement of Work.

**V.   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS**

On Monday, November 21, 2011, at approximately 8:53pm, Brooklyn House staff made a random contact call to home detention resident Graziano at his residence located at 40 Arbutus Way, Staten Island NY 10312 telephone number 718-667-0877.  Brooklyn House staff spoke with resident Graziano's wife, who advised staff that around 6:00pm, Drug Enforcement Agents and New York State Troopers arrested resident Graziano at his residence.

At approximately 9:00pm, I, Facility Director Ms. Causey contacted the DEA Headquarters at 212-337-3900 and spoke with the Duty Officer, Ken, who confirmed that resident Graziano is at the DEA Headquarters at 99 10th Avenue, New York, NY.  Duty Officer Ken would not disclose any information to me at that time.

As a result, resident Graziano was placed on escape status at 6:00pm.

**VI.   SANCTION RECOMMENDATION**

CDC recommends that resident Graziano, Anthony reg. # 48743-080 disallow all available good conduct time and complete his sentence at a more secure facility.

**VII. REASON FOR SANCTION RECOMMENDATION**

To encourage all residents residing at the Brooklyn House to obey all rules and regulations of the program.

**VIII. APPEAL RIGHTS**    x _Anthony Graziano_    48743 08-C

The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action.  The inmate has been advised of his right to appeal under the Administrative Remedy Procedure or by letter within 20 days of the imposition of the sanction to the Regional Director. A copy of this report has been given to the inmate.

**IX. DISCIPLINE COMMITTEE**

| Chairperson: | Member: | Member: |
|---|---|---|

**X  ACTION BY DHO**

Code 102   Remove RRC
34 days loss GCT
180 days loss NVGCT

END FORM          Typed Name/Signature - DHO          Date

(This form may be replicated via WP)